JENNIE FISHMAN, appellant,

*v.*

SAMUEL S. FISHMAN, JR., et al., respondents.

[Decided January 3d, 1946.]

*Mr. David T. Wilentz,* for the appellant.

*Messrs. Ruback & Albach,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *137 N. J. Eq. 151.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 14.

*For reversal*—None.